BARBARA A. LAWLESS - Bar # 53195  
SONYA L. SMALLETS - Bar # 226190  
LAWLESS & LAWLESS  
180 Montgomery Street, Suite 2000  
San Francisco, CA 94104  
Telephone: (415) 391-7555  

Attorneys for Plaintiff  
PATRICIA C. SUTTON  

UNITED STATES DISTRICT COURT  

FOR THE NORTHERN DISTRICT OF CALIFORNIA  

| | |
|---|---|
| PATRICIA C. SUTTON, | No. C 07-04237 EMC |
| Plaintiff, | JURY TRIAL DEMAND |
| vs. | |
| COLLEGIATE FUNDING SERVICES, INC., COLLEGIATE FUNDING SERVICES, LLC, JPMORGAN CHASE BANK, N.A., MEMBERS CONNECT INC. and DOES ONE through FIFTY, inclusive, | |
| Defendants. | Magistrate Judge: Hon. Edward M. Chen |

Plaintiff hereby demands trial by jury of all issues.

Dated: September 5, 2007      LAWLESS & LAWLESS

                by    /s/ Barbara A. Lawless
                      Barbara A. Lawless

_____
JURY TRIAL DEMAND                                                                -1-

Sonya L. Smallets
Attorneys for Plaintiff

_____
JURY TRIAL DEMAND                                                                                         -2-