| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: <br> LAWLESS & LAWLESS <br> ATTORNEYS AT LAW <br> BARBARA A. LAWLESS - SBN # 53195 <br> 180 MONTGOMERY STREET, SUITE 2000 <br> SAN FRANCISCO, CA 94104 <br> TELEPHONE NO. (415) 391-7555  FAX NO.*(Optional)* (415) 391-4228 <br> EMAIL ADDRESS *(Optional)*: <br> ATTORNEY FOR *(Name)*: PATRICIA C. SUTTON | FOR COURT USE ONLY |
|---|---|
| COURT NAME: ALAMEDA SUPERIOR COURT <br> STREET ADDRESS: 1225 FALLON STREET #209 <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: OAKLAND, CA 94612-4293 <br> BRANCH NAME: | |
| PLAINTIFF/PETITIONER: PATRICIA C. SUTTON <br> DEFENDANT/RESPONDENT: COLLEGIATE FUNDING ET AL | CASE NUMBER: <br> RG07336545 |
| **PROOF OF SERVICE SUMMONS** | Ref No. or File No. <br> 0V238321-03 |

*(Separate proof of service is required for each party served)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of
   - a. [XX] summons
   - b. [XX] complaint
   - c. [XX] Alternative Dispute Resolution (ADR) package
   - d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   - e. [ ] cross-complaint
   - f. [XX] other *(specify documents)*: <br> NOTICE OF JUDICIAL ASSIGNMENT FOR ALL PURPOSES; NOTICE OF CASE MANAGEMENT CONFERENCE AND ORDER UNLIMITED JURISDICTION;

3. a. Party served *(specify name of party as shown on documents served)*: <br> JPMORGAN CHASE BANK, N.A.

   b. [XX] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*: <br> DOROTHY LITOS, JP MORGAN CHASE, AGENT FOR SERVICE OF PROCESS <br> Age: 34; Sex: FEMALE; Hair: BLONDE; Eyes: ; Height: 5'7"; Weight: 163 LBS; Race: C; Marks:

4. Address where the party was served: 1999 AVENUE OF THE STARS, 26TH FL. <br> LOS ANGELES, CA 90067

5. I served the party *(check proper box)*
   - a. [XX] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party   (1) on *(date)*: August 8, 2007   (2) at *(time)*: 11:33 am
   - b. [ ] by substituted service On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:
     - (1) [ ] (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
     - (2) [ ] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
     - (3) [ ] (physical address is unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
     - (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:   from *(city)*:   or [ ] a declaration of mailing is attached.
     - (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2 <br>
Form Adopted for Mandatory Use <br>
Judicial Council of California POS-010 <br>
POS-010[Rev. January 1, 2007] <br>
**PROOF OF SERVICE SUMMONS** <br>
Code of Civil Procedure, § 417.10 <br>
Client File # SUTTON V COLLEGIATE FUNDING <br>
313/0V238321-03

| PLAINTIFF/PETITIONER: PATRICIA C. SUTTON | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: COLLEGIATE FUNDING ET AL | RG07336545 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid.

    (1) on *(date)*:    (2) from *(city)*:
    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* (form 982(a)(4)) and a postage-paid envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt *(form 982(a)* (Code Civ. Proc., § 415.30.)
    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

☐ Additional page describing service is attached.

6. The Notice to the Person Served (on the summons) was completed as follows:
   a. ☐ as an Individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify)*: JPMORGAN CHASE BANK, N.A.
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)     ☒ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)     ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)     ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)     ☐ 415.46 (occupant)
      ☐ other:

7. **Person who served papers**
   a. Name: FREDY ESCOBAR
   b. Address: 1891 Goodyear Avenue, Suite 620, Ventura, CA 93003
   c. Telephone number: (805) 644-8014
   d. **The fee** for service was: $ 34.75
   e. I am:
     (1) ☐ not a registered California process server.
     (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     (3) ☒ registered California process server:
       (i) ☐ Owner    ☐ employee    ☒ independent contractor.
       (ii) Registration No.: 5235
       (iii) County: LOS ANGELES

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

OR

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: August 17, 2007

FREDY ESCOBAR                *Fredy Escobar*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)      (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
POS-010[Rev. January 1, 2007]

**PROOF OF SERVICE SUMMONS**

Page 2 of 2
Code of Civil Procedure, § 417.10

Client File # SUTTON V COLLEGIATE FUNDING

313/0V238321-03