| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*:<br>LAWLESS & LAWLESS<br>ATTORNEYS AT LAW<br>BARBARA A. LAWLESS - SBN # 53195<br>180 MONTGOMERY STREET, SUITE 2000<br>SAN FRANCISCO, CA 94104<br>   TELEPHONE NO. (415) 391-7555   FAX NO.*(Optional)* (415) 391-4228<br>EMAIL ADDRESS  *(Optional)*:<br>ATTORNEY FOR*(Name)*: PATRICIA C. SUTTON | FOR COURT USE ONLY |
|---|---|
| COURT NAME: ALAMEDA SUPERIOR COURT<br>STREET ADDRESS: 1225 FALLON STREET #209<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: OAKLAND, CA 94612-4293<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER:   PATRICIA C. SUTTON<br>DEFENDANT/RESPONDENT:   COLLEGIATE FUNDING ET AL | CASE NUMBER:<br>RG07336545 |
| **PROOF OF SERVICE SUMMONS**<br>*(Separate proof of service is required for each party served)* | Ref No. or File No.<br>0V238321-04 |

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of
   a. [XX] summons
   b. [XX] complaint
   c. [XX] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [XX] other *(specify documents)*:
      NOTICE OF JUDICIAL ASSIGNMENT FOR ALL PURPOSES; NOTICE OF CASE MANAGEMENT CONFERENCE AND ORDER UNLIMITED JURISDICTION;

3. a. Party served *(specify name of party as shown on documents served)*:
      MEMBERS CONNECT INC.

   b. [XX] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
      MARGARET WILSON, CT CORP., AGENT FOR SERVICE OF PROCESS

4. Address where the party was served: 818 WEST 7TH STREET
   LOS ANGELES, CA 90017

5. I served the party *(check proper box)*
   a. [XX] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date)*: August 14, 2007  (2) at *(time)*: 11:45 am
   b. [ ] by substituted service On *(date)*:          at *(time)*:           I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

      (1) [ ] (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] (physical address is unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:          from *(city)*:          or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2
Form Adopted for Mandatory Use
Judicial Council of California POS-010
POS-010[Rev. January 1, 2007]
PROOF OF SERVICE SUMMONS
Code of Civil Procedure, § 417.10
Client File # SUTTON V COLLEGIATE FUNDING
313/0V238321-04

| PLAINTIFF/PETITIONER: PATRICIA C. SUTTON | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: COLLEGIATE FUNDING ET AL | RG07336545 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid.

  (1) on *(date)*:       (2) from *(city)*:
  (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* (form 982(a)(4)) and a postage-paid envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt (form 982(a)* (Code Civ. Proc., § 415.30.)
  (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

  ☐ Additional page describing service is attached.

6. The Notice to the Person Served (on the summons) was completed as follows:
   a. ☐ as an Individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify)*: MEMBERS CONNECT INC.
      under the following Code of Civil Procedure section:
      ☒ 416.10 (corporation)          ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)  ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)        ☐ 415.46 (occupant)
                                       ☐ other:

7. **Person who served papers**
   a. Name:       KEN MELENDEZ
   b. Address:    1891 Goodyear Avenue, Suite 620, Ventura, CA 93003
   c. Telephone number: (805) 644-8014
   d. The fee for service was: $ 51.13
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
         (i) ☐ Owner   ☐ employee   ☒ independent contractor.
         (ii) Registration No.: 5403
         (iii) County: LOS ANGELES

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   OR

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: August 17, 2007

KEN MELENDEZ
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)

(SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
POS-010[Rev. January 1, 2007]

**PROOF OF SERVICE SUMMONS**

Page 2 of 2
Code of Civil Procedure, § 417.10

Client File # SUTTON V COLLEGIATE FUNDING

313/0V238321-04