AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Northern | DISTRICT OF | California |

**APPEARANCE**

Case Number: C 07-04237 EMC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
PATRICIA C. SUTTON,

Plaintiff,

I certify that I am admitted to practice in this court.

| 10/18/2007 | *Sonya Smallets* |
|---|---|
| Date | Signature |

| Sonya Smallets | 226190 |
|---|---|
| Print Name | Bar Number |

180 Montgomery Street, Suite 2000
Address

| San Francisco | CA | 94104 |
|---|---|---|
| City | State | Zip Code |

| (415) 391-7555 | (415) 391-4228 |
|---|---|
| Phone Number | Fax Number |