BARBARA A. LAWLESS - Bar # 53195
SONYA L. SMALLETS - Bar # 226190
LAWLESS & LAWLESS
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 391-7555

Attorneys for Plaintiff
PATRICIA C. SUTTON

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA C. SUTTON, | No. C 07-04237 EMC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RE: SCHEDULING OF INITIAL CASE MANAGEMENT CONFERENCE |
| vs. | |
| COLLEGIATE FUNDING SERVICES, INC., COLLEGIATE FUNDING SERVICES, LLC, JPMORGAN CHASE BANK, N.A., MEMBERS CONNECT INC. and DOES ONE through FIFTY, inclusive, | |
| Defendants. | Magistrate Judge: Hon. Edward M. Chen |

The parties hereby stipulate and agree that the Initial Case Management Conference in this matter, currently scheduled for Wednesday, November 21 at 1:30 p.m., shall be continued to Wednesday, December 5 at 1:30 p.m. Good cause exists for said continuance, in that counsel are not available on the currently scheduled date.

Dated:   October 25, 2007                           LAWLESS & LAWLESS


                                            by      /s/ Sonya Smallets
                                                    Barbara A. Lawless
                                                    Sonya L. Smallets
                                                    Attorneys for Plaintiff


Dated:   October 26, 2007                           GUTIERREZ RUIZ


                                            by      /s/ Robert Belshaw
                                                    Robert Belshaw
                                                    Attorneys for Defendants


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:                                              _____
                                                    EDWARD M. CHEN
                                                    United States Magistrate Judge