UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICIA C. SUTTON

        Plaintiff(s),

v.

COLLEGIATE FUNDING SERVICES et al

        Defendant(s).

No. C 07-04237 EMC

DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 30 OCT 07

Signature: *Robert Belshaw*

Counsel for *Defendants*
(Plaintiff, Defendant, or indicate "pro se")