ROBERT E. BELSHAW, ESQ. (SBN 142028)
Of Counsel
GUTIERREZ ▪ RUIZ
244 California Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 398-2385
Facsimile: (415) 398-5800

Attorneys for Collegiate Funding Services, Inc.,
Collegiate Funding Services LLC, JP Morgan
Chase Bank, N. A. and Members Connect, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA C. SUTTON, <br><br>   Plaintiff, <br><br> v. <br><br> COLLEGIATE FUNDING SERVICES, INC., COLLEGIATE FUNDING SERVICES LLC, JP MORGAN CHASE BANK, N. A., MEMBERS CONNECT INC., AND DOES ONE THROUGH FIFTY, <br><br>   Defendants. | Case No. C 07-4237 PJH <br><br> DEFENDANTS COLLEGIATE FUNDING SERVICES, INC., COLLEGIATE FUNDING SERVICES LLC, JP MORGAN CHASE BANK, N. A., MEMBERS CONNECT INC. CERTIFICATE OF INTERESTED PERSONS |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

\\

\\

\\

Each of the named defendants is ultimately a wholly owned subsidiary of JPMorgan Chase & Co., a publicly traded company listed on the NYSE under the symbol JPM. There is no publicly held corporation that owns 10% or more of JPMorgan Chase & Co.'s stock.

Dated: November 30, 2007        Gutierrez ▪ Ruiz

/s/ Robert E. Belshaw
Robert E. Belshaw
Attorneys for COLLEGIATE FUNDING SERVICES, INC., COLLEGIATE FUNDING SERVICES LLC, JP MORGAN CHASE BANK, N. A., and MEMBERS CONNECT INC.,

DATED: _____    GUTIERREZ ▪ RUIZ

By: _____
　　Robert E. Belshaw
　　Attorneys for Defendants