# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

**Date:  December 6, 2007**                          **JUDGE:  Phyllis J. Hamilton**


**Case No:  C-07-4237  PJH**

**Case Name: Patricia C. Sutton v. Collegiate Funding Services, et al.**


**Attorney(s) for Plaintiff:**        **Barbara A. Lawless**
**Attorney(s) for Defendant:**        **Robert E. Belshaw**

**Deputy Clerk**: Nichole Heuerman                  **Court Reporter**: Not Reported

### PROCEEDINGS

Initial Case Management Conference-Held.  The court sets a pretrial schedule.


**REFERRALS:**

**[x] Case referred to ADR for Mediation to be completed within 120 days**.



**PRETRIAL SCHEDULE:**

**Non-Expert Discovery cutoff: 1/14/09**
**Expert disclosure: 12/1/08**
**Expert discovery cutoff: 1/14/09**
**Dispositive Motions heard by: 2/4/09**
**Pretrial Conference: 5/7/09 at 2:30 p.m.**
**Trial: 6/1/09  at  8:30 a.m., for 12 days, by [x] Jury  []  Court**



**Order to be prepared by:**   [] Pl [] Def  [x]  Court

**Notes:**

**cc:** file; ADR