**United States District Court**
**Northern District of California**

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Sutton, | 07-04237 PJH MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| Collegiate Funding Services Inc, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Baldwin Lee**
> Allen Matkins Leck Gamble & Mallory LLP
> Three Embarcadero Center, 12th Floor
> San Francisco, CA 94111
> 415-273-7446

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-04237 PJH MED                - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: December 18, 2007

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-04237 PJH MED                          - 2 -