1 ROBERT E. BELSHAW, ESQ. (SBN 142028)
Of Counsel
2 GUTIERREZ ■ RUIZ
244 California Street, Suite 300
3 San Francisco, CA 94111
Telephone: (415) 398-2385
4 Facsimile: (415) 398-5800

Attorneys for Collegiate Funding Services, Inc.,
Collegiate Funding Services LLC, JP Morgan
Chase Bank, N. A. and Members Connect, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA C. SUTTON | Case No. C 07-4237 PJH MED |
| Plaintiff, | **Order Permitting Defendant's Participation at Mediation by Telephone** |
| v. | **ADR Local Rule 6-9 (d)** |
| COLLEGIATE FUNDING SERVICES, INC., COLLEGIATE FUNDING SERVICES LLC, JP MORGAN CHASE BANK, N. A., MEMBERS CONNECT INC., AND DOES ONE THROUGH FIFTY, | |
| Defendants. | |

Good cause having been shown, Defendant JP Morgan Chase Bank N.A.'s application for leave to participate in the mediation of this matter by telephone is granted. JP Morgan Chase N.A.'s corporate representative shall be available by telephone for the duration of the mediation.

Dated: 3/17/08

Hon. Wayne D. Brazil
Magistrate Judge

- 1 -
CASE NO. C 07 4237