# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Sutton,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>Collegiate Funding Services Inc,<br><br>　　　　Defendant(s). | No. C 07-04237 PJH MED<br><br>**Certification of ADR Session** |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☐ ENE session on (date) **April 3, 2008.**

2. Did the case settle?　　☐ fully　　☐ partially　　**X no**

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   **X phone discussions expected by (date) June 2, 2008.**

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?　　☐ YES　　X NO**

Dated:　　April 7, 2008　　　　　/s/ _____
　　　　　　　　　　　　　　　　**Mediator, Baldwin Lee**
　　　　　　　　　　　　　　　　Allen Matkins Leck Gamble & Mallory LLP
　　　　　　　　　　　　　　　　Three Embarcadero Center, 12th Floor
　　　　　　　　　　　　　　　　San Francisco, CA 94111

**Certification of ADR Session**
07-04237 PJH MED