UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICIA C SUTTON,

     Plaintiff(s),                      No. C 07-4237 PJH

     v.                               **ORDER OF DISMISSAL**

COLLEGIATE FUNDING SERVICES, INC.,
et al.,

     Defendant(s).

_____/

     The court having been advised by Magistrate Judge James following a settlement conference, that the parties have agreed to a settlement of this case,

     IT IS HEREBY ORDERED that this case is dismissed **without** prejudice; however, if any party hereto shall certify to this Court, with proof of service of a copy thereof to the opposing party, within sixty (60) days from the date of this order, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this case shall forthwith be restored to the Court's calendar to be set for trial.

     If no certification is filed, after passage of sixty (60) days, the dismissal shall be **with** prejudice.

**IT IS SO ORDERED.**

Dated: October 23, 2009

                                                            _____
                                                            PHYLLIS J. HAMILTON
                                                            United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28